IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

ORIGINAL

------------------------------------------------

**DIRECTV, INC.**
a California corporation,
                Plaintiff,

- against -

**JAMES PIEGER,**
                Defendant.

**AMENDED
MOTION AND AFFIRMATION IN
SUPPORT OF DEFAULT**
Civil No. 3-02-CV-1867 CFD

------------------------------------------------

*[Handwritten in left margin: Denied. So ordered. 3/30/04]*

1. Wayne D. Lonstein, a member of Lonstein Law Office, P.C., attorneys for Plaintiff, respectfully moves for a Judgment of Default and Order in the above referenced matter against Defendant, **JAMES PIEGER**. In further support of Plaintiff's Motion for Default Judgment, Plaintiff annexes hereto as Exhibit "A" the Affidavit of Stanley F. McGinnis.

2. Plaintiff respectfully submits that the damages requested in the within Motion are authorized by 47 U.S.C. §605 (the "Communications Act") and 17 U.S.C.§1201(a)(1)(A) (the "Digital Millennium Copyright Act"). Plaintiff requests that this matter be decided on submission.

3. Plaintiff provides programming on a nationwide basis to residential and commercial customers via satellite, paying substantial monies to acquire such proprietary signals from broadcasters, programmers, networks and other similar sources, as well as investing millions of dollars in producing its own programming.

4. In order to protect such proprietary signals, Plaintiff engages in numerous anti-theft activities, including, but not limited to, encryption of signals, the use of access cards, integrated decoder receivers ("IRD's") and electronic countermeasures ("ECM's"), all designed to prevent and block the unauthorized reception of services or reception of premium services levels not paid for by subscribers.

5. This action was commenced pursuant to 47 U.S.C. §605 (the "Communications Act") and 17 U.S.C.§1201(a)(1)(A) (the "Digital Millennium Copyright Act"). A copy of Plaintiff's Summons and

-1-