# Lonstein Law Office, P. C.

Attorneys and Counselors at Law

1 Terrace Hill, P.O. Box 351
Lonstein Professional Building
Ellenville, New York 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
www.signallaw.com

* Wayne D. Lonstein
Julie Cohen Lonstein

† Rosalie A. Wallis
Stephen M. Tannenbaum

Kelly Ann Ruane, Of Counsel

Albert I. Lonstein (1930 - 1993)
Benjamin Lonstein (1909 - 2000)

* Also admitted in NJ, PA & MA
† Also admitted in New Mexico

May 13, 2004

Hon. Christopher F. Droney, U.S.D.J.
United States District Court
District of Connecticut - Hartford Division
450 Main Street
Hartford, CT 06103

Re:     DirecTV, Inc. v. James Pieger;
        Civil Action No. 3:02-CV-1867 (CFD)
        Our File No. DTV-2CT-03

Dear Hon. Judge Droney:

We represent Plaintiff, DirecTV, Inc., in the above-referenced action before Your Honor. Pursuant to your Trial Memorandum Order of March 30, 2004, the parties were directed to jointly file with the Clerk's Office a Trial Memorandum for approval by the Court. In attempting to prepare the Trial Memorandum according to the Court's Standing Order regarding Trial Memoranda in Civil Cases, it became apparent that much if not all of the information required to be set forth in the Trial Memorandum cannot be provided at this time, because Defendant has still not yet filed any answer or response to the Complaint, which was filed on October 22, 2002 and served on Defendant personally on November 18, 2002.

While Defendant filed a *Pro Se* Notice of Appearance on or about August 21, 2003 (approximately eight (8) months late), said Notice of Appearance was filed without consent from Plaintiff or leave from the Court and just after Plaintiff's had submitted its final supporting papers on its May 29, 2003 Motion for Default Judgment. Thereafter, Plaintiff's Motion for Default Judgment was denied, per Your Honor's Order dated April 1, 2004, due, as we understand it, to the fact that Defendant had finally appeared. However, said Order did not direct Defendant to submit an answer by a date certain, and Defendant, since, has still not yet served and/or filed an Answer to the Complaint. Accordingly, issue has not been joined, the parties have been unable to confer for a Rule 26 scheduling meeting, and no discovery has been served or taken.

The clerk is ordered to docket this letter and include it in the Court's file. The defendant is ordered to file an answer by July 23, 2004. So ordered. The parties are ordered to file a joint trial memorandum by June 18, 2004.

Christopher F. Droney
United States
5/27/04