IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Hartford

DIRECTV, INC.
a California corporation,

    Plaintiff,

- against -

JAMES PIEGER,
    Defendant(s).

FILED

2004 JUN 21  A 9 01

U.S. DISTRICT COURT
HARTFORD, CT.

Answer to Charges

Civil No. 3-02-CV-1867CFD

Civil No. 3-02-CV-1867 CFD

DIRECT TV vs JAMES R. PIEGER

June 15, 2004

I, James R. Pieger, am not guilty of utilizing a Pirate Device to steal Satellite Signals to have illegal television. I have been a legal Satellite Signal Customer of both Direct TV and Dish Network from 1996 until I started Cablevision in summer of 2003. I have proof of being a paying customer for services to both companies during the times I mention above, from said companies.

I had switched to Dish Network to receive a better deal than what Direct TV was offering on occasions. I also switched companies when Yankees ball team channel had been taken off of one company so I went with the other. I did not stop service to utilize any illegal stealing of television. I may at one time been without the extras in life due to my wife not allowing me to as she had moved away and for a while felt it was not a necessity to have in the home

Please enter a plea of NOT GUILTY to said charges.

James R. Pieger

DIRECT TV vs JAMES R. PIEGER

June 15, 2004

My name is James R. Pieger. I live at 1601 West Broad Street Stratford, CT 06615. I have been a law abiding, life long resident of Stratford, Connecticut.

I am writing to explain a situation as to why I hadn't notified anyone in regards to some legal action in regards to Direct TV.

I am the sole survivor of my family. My Grandmother became ill with cancer in August of 1996 and died after many months of being on life support, on Feb 12, 1997. Shortly after, my Father, who was 56 years old, was diagnosed with 4th stage tongue cancer and suffered terribly on life support, died on November 26, 1997. This was very difficult for me as my Father and Grandmother had lived together, and we were all very close. To lose my Grandmother, who raised me for a short time when my mom was ill and had left us, was also such a great loss to me.

My mother was a survivor of Hotchkins disease, however, the treatment used was such an aggressive one that it caused her to have lung problems from time time. One of these times, apparently the lung problem turned into Leukemia in her lungs causing her to become deathly ill and also live on life support and die at the age of 58 on October 5, 2000. Again, I was very close to my family and my Mom was strength to me and always there for me when I needed to talk about what was bothering me inside and about life.

Death is not an easy thing for anyone, something we have to accept I understand. Some accept it quicker than others do, some slower. Everyone has his or her own way to deal with it. Each time just as I was feeling I could carry on, someone else in my family died again. This seems to reopen these very painful wounds inside and make it so much harder to heal.

I talk about the next death with great difficulty. My only brother Jeffrey, 36 years old, was crushed by a train while working for the railroad, about a year and a half after my Mom died. This apparently had caused me to go deeper into my already difficult depression and hard time. Not to mention, my mothers Mom, who was very much alive and healthy, had a stroke and died just 5 weeks after Jeffrey died. That was all I had for my family.

The reason I explain all this to you is so you can have a feel for what I may have been going through when I was sent a letter accusing me of using a Pirate Device to steal television services, which I did not do.

I had notified Attorney Lonstein's office, as requested that I did not use a Pirate Device nor did I steal Satellite Signals used for television and I was puzzled by their accusation. It appears as though Attorney Lonstein's office was selective in their notifications to me as to when I was supposed to contact someone. I was not told of any court dates that I was to appear at as well. They had noted in a statement to the court, that I had not contacted them, when on the contrary, I did. I called them and explained to them what I was feeling and shared what occurred. They were very condescending and cold to me and already appeared to have me guilty without the proof to prove these accusations. I was told I was sent letters notifying me, however, I found out later they were not registered letters and pretty sure I never did receive them. One of the packets I did receive was the one that I had not realized the severity of. I was absolutely distraught over my family losses and was barely able to remember to go grocery shopping or to order oil for the furnace; never mind write back to something that I didn't think made any sense to me for which I totally had forgotten about it.

Please keep in mind, during this time, after the first few deaths, my wife Dawnmarie, had asked for a marriage separation. Our son and her moved away out of state. She was experiencing her own stressful time, as she was caring for my Grandmother and Father endlessly while they were ill. Dawnmarie was the person in charge of the bills in our home ever since the day I met her. She was the one who paid all the bills and took care of all the mail when she was here and when she brought our Son back to visit. She continued to take care of the house bills even when she left, especially as she knew I was having such difficulty in my life. She wanted to be sure the mortgage and utilities were taken of.

It wasn't until Dawnmarie had come home to visit one weekend, when she noticed a letter from Attorney Lonstein's office that had been sitting unopened for a long time. I had a very hard time finding the ambition to open mail then as I still do today. Upon her urging me to open this letter, needless to say, this visit from Dawnmarie had me somewhat snap out of the mode I had been in, as she was very upset to hear that I would be accused of such a terrible thing. She also knew this accusation never

occurred as she is the one who sent the payment to both of the satellite TV companies from 1996 up until we switched to Cable in the summer of 2004.

Granted, I am a grumpy person, because I tend to harbor negative things that have happened to me in my life. I have trouble waking up happy when all I feel is pain each morning from a long days work the day before. I am told this is a sign of depression thus the reason for me seeking a physician to help me to figure this out. I have an injury to my leg where it has me handicapped because I cannot walk with a normal gait because I cannot bend my ankle whatsoever. This causes me to also be unable to walk fast, jog or run. I have had this daily pain for 14 years and will have it for the rest of my life and may eventually be unable to walk. All this is very difficult for me but I am not a thief and I do not appreciate being accused of such especially without any proof.

I still live in the day where a handshake is sufficient. I was raised to be honest and raise my son to be that as well.
I did not steal Television services from any Satellite Signal Company. I did not operate any illegal Pirate Device. I had switched to Dish Network to receive a better deal than what Direct TV was offering on occasions. I also switched companies when Yankees ball team channel had been taken off of one company so I went with the other. I did not stop service to utilize any illegal stealing of television. I may at one time been without the extras in life due to my wife not allowing me to as she had moved away and for a while felt it was not a necessity to have in the home. I do not feel its fair that I should have to pay a lawyer to prove something that Direct TV and Dish Network already wrote letters for that state that I paid for their services during the times that I am being accused of stealing from.

Please enter me as a NOT GUILTY plea and I sincerely appreciate your time.

Sincerely,

James R. Pieger