ORIGINAL

RECEIVED
JUL 26 2002

FILED
2004 JUL 29 A 8: 54
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

**DIRECTV, INC.**
a California corporation,

                Plaintiff,

-against-

JAMES PIEGER,

                Defendants.

**NOTICE OF MOTION FOR AN EXTENSION OF TIME TO FILE JOINT TRIAL BRIEF**
Civil Action No. 3-02-CV-1867 CFD
Honorable Christopher F. Droney

**PLEASE TAKE NOTICE** that upon the affirmation of Wayne D. Lonstein, Esq., dated the 22nd day of July, 2004, Plaintiff, DirecTV, Inc., moves this Court for an Order extending the parties time in which to file a Joint Trial Brief, and for such other and further relief as the Court may deem just and proper under the circumstances.

Dated: July 23, 2004
      Ellenville, NY  12428

Wayne D. Lonstein, Esq.
Bar Roll No. CT 19973
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277
*Our File No. DTV-2CT-03*