IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

ORIGINAL

DIRECTV, INC.
a California corporation,

          Plaintiff,

- against -

JAMES PIEGER,

          Defendants.

MOTION TO DISMISS

Civil No. 3-02-CV-1867 CFD
Honorable Christopher F. Droney

FILED SEP -3 P 12:2 [stamp]

**DIRECTV, INC., a California Corporation,** Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: August 24, 2004
      Ellenville, New York

DIRECTV, INC., a California Corporation,

BY: _____
Wayne D. Lonstein, Esq.
Bar Roll No. CT 19973
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill, PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277
*Our File No. DTV-2CT-03*

[handwritten margin note: Granted, absent objection. So ordered. USDJ 9/3/04]

[stamp: FILED 2004 SEP -3 P 1:35 U.S. DISTRICT COURT HARTFORD, CT]