IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

**ORIGINAL**

DIRECTV, INC.
a California corporation,

        Plaintiff,

- against -

JAMES PIEGER,

        Defendants.

**MOTION TO DISMISS**

Civil No. 3-02-CV-1867 CFD
Honorable Christopher F. Droney

FILED SEP -3 P 12:2

*Granted, absent objection. So ordered.*
/s/ USDJ 9/3/04

    **DIRECTV, INC., a California Corporation,** Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: August 24, 2004
       Ellenville, New York

                                            **DIRECTV, INC., a California Corporation,**

                                            BY: _____
                                            Wayne D. Lonstein, Esq.
                                            Bar Roll No. CT 19973
                                            Lonstein Law Office, P.C.
                                            Attorneys for Plaintiff
                                            1 Terrace Hill, PO Box 351
                                            Ellenville, NY 12428
                                            Telephone: 845-647-8500
                                            Facsimile: 845-647-6277
                                            *Our File No. DTV-2CT-03*

U.S. DISTRICT COURT
HARTFORD, CT.
2004 SEP -3 P 1:35
FILED